UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br>Plaintiff,<br>v.<br>MICHELLE PADILLA, et al.,<br>Defendants. | No. 2:25-cv-1618 DAD AC PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PTEJUDICE<br><br>(Doc. No. 13) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On February 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice for lack of subject matter jurisdiction. (Doc. No. 13.) Specifically, the magistrate judge concluded that the allegations of plaintiff's complaint made clear that he cannot state any cognizable federal causes of action and accordingly cannot maintain this case in federal court under 28 U.S.C. § 1331. (*Id.* at 4–6.) The magistrate judge also concluded that because of the nature of plaintiff's grievance clearly did not support any federal cause of action the granting of leave to amend would be futile. (*Id.* at 7.)

/////

The pending findings and recommendations were served on plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 8.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 2, 2026 (Doc. No. 13) are adopted in full;
2. This action is dismissed without prejudice for lack of subject matter jurisdiction; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 3, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE